# Court of Appeals
# of the State of Georgia

ATLANTA, December 05, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0125.  JAMES W. PRICE v. CHRISTOPHER BROWN, et al.**

James W. Price seeks review of several orders, including the superior court's September 12, 2012, order granting summary judgment to defendant GEICO.[1] Based on the limited information available at this time, the September 12 order appears to be subject to direct appeal because it granted summary judgment and because the trial court certified it as final pursuant to OCGA § 9-11-54 (b).  See OCGA § 9-11-56 (h); OCGA § 9-11-54 (b).

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED, and Price shall have ten days from the date of this order to file a notice of appeal with the trial court.  If Price has already filed a notice of appeal in the trial court, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] Price filed a "Notice of Appeal" in the Supreme Court.  The Supreme Court docketed the filing as an application for discretionary appeal.  Compare OCGA § 5-6-37 (notices of appeal are filed in the trial court) and OCGA § 5-6-35 (d) (applications for discretionary appeal are filed in the appellate court).  In addition, because jurisdiction appeared to be proper in the Court of Appeals, the Court transferred the matter here.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 12/05/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*